UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luzar Trading S.A.,

                    Petitioner(s),

    -against-

Tradiverse Corporation,

                    Respondent(s).

No. 20CV623-LTS-GWG

ORDER

LAURA TAYLOR SWAIN, DISTRICT JUDGE:

## **ORDER**

The initial pretrial conference scheduled for April 3, 2020, is rescheduled to **May 22, 2020, at 12:00 p.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
        March 16, 2020

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      United States District Judge