UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
LUZAR TRADING S.A.,

                                                                            No. 20 CV 623-LTS

                 Plaintiff,

      -against-

TRADIVERSE CORPORATION,

                 Defendant.
--------------------------------------------------------x
--------------------------------------------------------x
TRADIVERSE CORPORATION,

                                                                            No. 20 CV 3387-LTS

                 Plaintiff,

      -against-

LUZAR TRADING S.A.,

                 Defendant.
--------------------------------------------------------x

## **ORDER**

     Judge Swain has accepted civil action 20-CV-3387 as related to civil action 20-CV-623 upon the assertion by Tradiverse Corporation that the matters involve interrelated arbitration proceedings.  (20-CV-3387, Docket Entry No. 6.)

        The initial conference currently scheduled in civil action 20-CV-623 for May 22, 2020, will take place telephonically in light of the current public health crisis and will also address the status and management of civil action 20-CV-3387.  The parties are directed to meet and confer in advance of the telephonic conference and submit a joint status report to the Court by **5 p.m. on May 15, 2020**, setting forth the parties' positions as to whether these two actions should be

consolidated for briefing and, if so, a proposed briefing schedule covering both actions. The joint status report must be filed in ECF in each of the above cases.

Instructions for accessing the telephonic conference will be published in a separate order.

The Clerk of Court is directed to file this Order in each of the above-captioned cases.

SO ORDERED.

Dated: New York, New York
   May 6, 2020

                  /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                United States District Judge