# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LUZAR TRADING, S.A.,

               Petitioner,

                       20 **CIVIL** 623 (KMW)

   v.

TRADIVERSE CORPORATION,

               Respondent.
------------------------------------------------------------X
------------------------------------------------------------X
TRADIVERSE CORPORATION,

               Petitioner,

                       20 **CIVIL** 3387 (KMW)

   v.                                               **JUDGMENT**

LUZAR TRADING, S.A.,

               Respondent.
------------------------------------------------------------X

   It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2021, Luzar's petitions to confirm each arbitration award are GRANTED. (No. 20-CV-623, ECF No. 1; No. 20-CV-3387, ECF No. 22.) Tradiverse's corresponding petitions to vacate and its oral argument requests in connection with its petitions are DENIED. (No. 20-CV-623, ECF No. 19; No. 20-CV-3387, ECF No. 1.); accordingly, the cases are closed.

**Dated:**  New York, New York
          March 29, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                           **BY:**     *K. Mango*

                                                      **Deputy Clerk**